JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTOR ARTURO JIMENEZ TORRES,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, ETC., ET AL.,<br>Respondents. | No. ED CV 26-6182-E<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is granted in part and: (a) Respondents are ordered to release Petitioner (A# 207-742-630) from detention immediately, subject to reasonable conditions; (b) it is declared that Petitioner's detention violated Petitioner's due process rights; and (c) Respondents are enjoined from any further detention of Petitioner absent at least seven (7) days notice and a pre-deprivation bond hearing before a neutral decisionmaker at

///

///

///

///

///

///

///

which the Government bears the burden of proving, by clear and convincing evidence, that Petitioner is an unacceptable danger to the community or an unacceptable flight risk.

DATED: October 28, 2026

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE